IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In Re:                                          )
                                                )
TERRY LEE WILLIAMS                              )
JACQUELINE WILLIAMS                             )     Case Nr. 12-40320
                                                )
_____ )

MOTION TO ABATE CHAPTER 13 PAYMENTS
WITH NOTICE OF OBJECTION DEADLINE

    Now come the above-named debtors, and they moves the Court for an order allowing the abatement of certain payments required by their Chapter 13 plan. In support of this motion, they state to the Court:

    1. The debtors have failed to make their Chapter 13 payments for October and November, 2016.,.

    2. The debtor failed to make the above payments because the debtor Jacqueline Williams suffered an on-the-job injury, which resulted in a loss of income for the months mentioned.. She is eligible for workman's comp, but her efforts to obtain it have so far been frustrated by delays in the process.

    3. The debtors desire to preserve and maintain their Chapter 13 plan and to cure the above-mentioned arrearage in their plan payments.

    4. The debtor proposes that their plan be amended as follows: allow the debtors to be excused for now from making all payments in arrears as of November 30, 2016,; let them begin making payments at the usual rate in December, 2016; and let their plan be extended by whatever time is necessary to accomplish the objectives of their Chapter 13 plan as originally confirmed or last amended.

    5. The debtors propose no other amendments to their Chapter 13 plan.

    WHEREFORE, the debtors pray that their motion be granted.

                                                     s/ Larry E. Schneider
                                                     Larry E. Schneider #9524
                                                     112 SW 6th St   Ste 501
                                                     Topeka, KS 66603
                                                     (785) 233-6704
                                                     Attorney for Debtors

Motion to Abate Paayments, Bankruptcy, Case Nr.12-40320
Page 2

## NOTICE OF OBJECTION DEADLINE

You are hereby notified that the debtors have filed the above Motion to Abate Chapter 13 payments, and that you have until the end of the 28th day of December, 2016, to file a written objection thereto. Objections must be filed with the Clerk of the U.S. Bankruptcy Court at Room 240, 444 SE Quincy, Topeka, KS 66683.

If, <u>and only if</u>, an objection if filed, a hearing on said objection will be held on the 11th day of January, 2017, at 9:00 a m. in the U.S. Bankruptcy Court, Room 210, 444 SE Quincy, Topeka, KS 66683. If no objection is filed, the Court may grant the said motion without further notice to parties in interest.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of December, 2006, he served a copy of the above and foregoing notice and a copy of the motion referred to in said notice upon all parties in interest as shown on the attached matrix, and to the Chapter 13 trustee. Parties not served by Email were served by U.S. mail, postage prepaid first class, mailed on the date last above mentioned.

<u>s/Larry E. Schneider #9524</u>
112 SW 6th St Ste 501
Topeka, KS 66683
(785) 233-6704
Attorney for Debtor(s)

```
Label Matrix for local noticing            (p)PERITUS PORTFOLIO SERVICES        Recovery Management Systems Corporation
1083-5                                     PO BOX 141419                        25 S.E. 2nd Avenue, Suite 1120
Case 12-40320                              IRVING TX 75014-1419                 Miami, Fl 33131-1605
District of Kansas
Topeka
Mon Dec  5 13:45:03 CST 2016

Target National Bank                       Topeka Divisional Office             AAA KS ALLIED/5069/BECKER
C O WEINSTEIN AND RILEY, PS                240 US Courthouse                    1223 SW Wanamaker Rd  Ste 100
2001 WESTERN AVENUE, STE 400               444 SE Quincy                        Topeka KS  66604-3865
SEATTLE, WA 98121-3132                     Topeka, KS 66683-3592


ADT Security Services                      ADT Security Services                AFNI/Alltel
Bankruptcy Department                      PO Box 672279                        PO Box 3427
8880 Esters Blvd                           Dalllas TX  75267-2279               bLOOMINGTON IL 61702-3427
Irving TX 75063-2406


ARM Inc                                    AT & T                               Aaron's
PO Box 129                                 PO Box 5001                          7401 State Ave
Thorofare NJ  08086-0129                   Carol Stream IL  60197-5001          Kansas City KS 66112-3035


Academy Bank                               Academy Bank, a division of Armed    Ace Cash Express
PO Box 26458                               Forces Bank, N.A., as successor by   1231 Greenway Dr  Ste 700
Kansas City MO  64196-6458                 merger to Bank Midwest, N.A.         Irving TX 75038-2556
                                           Douglas M. Neeb, Esq
                                           1111 Main St., Ste. 1600
                                           Kansas City, MO 64105-2116


Advance America                            Afni Inc                             American InfoSource LP as agent for
3015 S 4th St                              PO Box 3517                          T MobileTMobile USA Inc
Leavenworth KS 66048-5047                  Bloomington IL  61702-3517           PO Box 248848
                                                                                Oklahoma City OK  731248848


Ameritox                                   Anderson Financial Network           Applied Bank
PO Box 402166                              Dba Loan Max                         % Nations Recovery Center
Atlanta GA  30384-2166                     4949 State Ave                       6491 Peachtree Industrial Blvd
                                           Kansas City KS 66102-1749            Atlanta GA 30360-2100


Applied Bank                               Applied Card Systems                 Armed Forces Basnk
PO Box 11367                               % Credit Control LLC                 PO Box 3400
Wilmington DE 19850-1367                   PO Box 187                           Ft Leavenworth KS 66027-0400
                                           Hazelwood MO 63042-0187


Asset Acceptance LLC                       BCC                                  Business Builder
PO Box 2036                                PO Box 1022                          11622 El Camino Real  #100
Warren MI  48090-2036                      Wixom MI  48393-1022                 San Diego CA 92130-2051


CBCS                                       Capital One Bank                     Capital One Bank USA NA
PO Box 163250                              PO Box 60599                         PO Box 71083
Columbus OH  43216-3250                    City Of Industry CA  91716-0599      Charlotte NC  282721083
```

| | | |
|---|---|---|
| Capitol City Pawn<br>% Creditors Service Bureau<br>PO Box 5009<br>Topeka KS 66605-0009 | Cash-2-Go Of Kansas Inc<br>617 N Main<br>Lansing KS 66043-1371 | CheckNGo<br>121 Express Lane Ste D<br>Lansing KS 66043-1392 |
| CheckSmart<br>7925 State Ave<br>Kansas City KS 66112-2465 | (c)CHECKSMART KS 280<br>6785 BOBCAT WAY STE 300<br>DUBLIN OH 43016-1443 | Child Support Enforcement<br>PO Box 497<br>Topeka KS 66601-0497 |
| Clerk Of The District Court<br>Case Nr 02008ST134<br>Courthouse<br>Leavenmworth KS 66048 | Clerk Of The District Court<br>Case Nr 2010LM-001293<br>601 S 3rd<br>Leavenworth KS 66048-2767 | Cohen Mc Niele & Pappas<br>4601 College Blvd Ste 2300<br>Leawood KS 66211-1650 |
| Collectech Systems<br>PO Box 361567<br>Columbus OH 43236-1567 | Commerce Bank NA<br>% Douglas Chancellor Myers & Associ<br>201 N Main St<br>St Charles MO 63301-2878 | Credit Collection Services<br>PO Box 55126<br>Boston MA 02205-5126 |
| Creditors Service Bureau<br>3410 SW Van Buren<br>Suite 202<br>PO Box 5009<br>Topeka KS 66605-0009 | Cushing Hospital Physician Services<br>PO Box 504*954<br>St Louis MO 63150-4954 | Cushing Memorial Hospital<br>714 Marshall<br>Leavenworth KS 66048 |
| DirecTV<br>Dept 555<br>PO Box 4115<br>Concord CA 94524-4115 | Dollar Financial Group<br>1355 S 4700 W Ste 200<br>Salt Lake City UT 84104-4434 | Enhanced Recovery Co LLC<br>8014 Bayberry Rd<br>Jacksonville FL 32256-7412 |
| Farmers Insurance<br>Payment Processing Center<br>PO Box 0991<br>Carol Stream IL 60132-0001 | First Premier Bank<br>PO Box 5147<br>Sioux Falls SD 57117-5147 | Ft Leavenworth Credit<br>% Joel Cardis LLC<br>2006 Swede Rd Ste 100<br>E Norriton PA 19401-1787 |
| Global Client Solutions LLC<br>4500 South 129th East Ave Ste 177<br>Tulsa OK 74134-5870 | Government Data Publications Inc<br>GDP Building (Accounting Div)<br>1651 McDonald Ave<br>Brooklyn NY 11230 | Great American Home Baking<br>% North Shore Agency<br>PO Box 9205<br>Old Bethpage NY 11804-9005 |
| Great American Home Baking<br>PO Box 26599<br>Lehigh Valley PA 18002-6599 | Hamilton Collection Figurines<br>% North Shore Agcy<br>PO Box 9205<br>Old Bethpage NY 11804-9005 | Handyman Club Of America<br>PO Box 3526<br>Hopkins MN 55343-3526 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Joseph Mann & Creed<br>PO Box 22253<br>Beachwood OH 44122-0253 | (p)KANSAS DEPARTMENT OF LABOR<br>ATTN LEGAL SERVICES<br>401 SW TOPEKA BLVD<br>TOPEKA KS 66603-3182 |

| | | |
|---|---|---|
| Kansas Dept Of Revenue<br>Civil Tax Enforcement<br>PO Box 12005<br>Topeka KS 66601-3005 | Kansas Gas Service<br>PO Box 3535<br>Topeka KS 66601-3535 | Leavenworth Rentals Inc<br>619 Holiday Plaza<br>Lansing KS 66043-1307 |
| Loan Max<br>3440 Preston Ridge Rd. , Suite 500<br>Alpharetta, GA 30005-3823 | Malcolm S Gaeard & Associates<br>332 South Michigan Ave Ste 600<br>Chicago IL 60604-4318 | Mid-America Bank & Trust<br>Attn Elvira<br>PO Box 189<br>Leavenworth KS 66048-0189 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Miracle Financial Inc<br>52 Armstrong Rd<br>Plymouth MA 02360-4807 | NCA<br>PO Box 3023<br>Hutchinson KS 67504-3023 |
| NCB Management Services Inc<br>PO Box 1099<br>Langhorne PA 19047-6099 | NCO Financial Systems<br>PO Box 15372<br>Wilmington DE 19850-5372 | NCO Financial Systems<br>PO Box 4906 Dept 09<br>Trenton NJ 08650-4906 |
| NRC Inc<br>6491 Peachtree Industrial Blvd<br>Atlanta GA 30360-2100 | National Credit Adjustment<br>327 W 4th Ave<br>Hutchinson KS 67501-4842 | Powell Law Office PC<br>11551 E Arapahoe Rd Ste 160<br>Centennial CO 80112-3831 |
| Preferred Credit Inc<br>PO Box 1679<br>St Cloud MN 56302-1679 | Progressive<br>Dept 0561<br>Carol Stream IL 60132-0561 | Publishers Clearing House<br>PO Box 4002936<br>Des Moines IA 50340-2936 |
| QC AuthService Inc<br>Dba Auto Start USA<br>7625 Parallel Pkwy<br>Kansas City KS 66112-2244 | Quantum3 Group LLC as agent for<br>ACE Cash Express INC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| RJM Acquisitions<br>975 Underhill Bldg Ste 224<br>Syosset NY 11791-3416 | RJM Acquisitions LLC<br>P.O. Box 1160<br>Syosset, NY 11791-0489 | RMCB<br>PO Box 1234<br>Elmsford NY 10523-0934 |
| RPM<br>20816 44th Ave W<br>Lynnwood WA 98036-7799 | Routhmeir Sterling, Inc.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 | Routhmier Sterling, Inc.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Speedy Cash<br>3611 North Ridge Rd<br>Wichita KS 67205-1214 | Sprint Customer Service<br>PO Box 8077<br>London KY 40742-8077 | Sprint Nextel - Distributions<br>PAYMENT ADDRESS<br>Attn: Bankruptcy Dept<br>PO Box 3326<br>Englewood CO 80155-3326 |

| | | |
|---|---|---|
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St Luke's Health System<br>PO Box 530254<br>Atlanta GA  30353-0254 | (p)C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TARGET NATIONAL BANK<br>Attn: Weinstein and Riley PS<br>PAYMENT ADDRESS<br>PO Box 3978<br>Seattle WA 98124-3978 | Target National Bank<br>PO Box 660170<br>Dallas TX 75266-0170 | Target Natl Bank<br>PO Box 59317<br>Minneapolis MN  55459-0317 |
| The Guidance Center<br>500 Limit<br>Leavenworth KS 66048-4435 | The Reilly Co LLC<br>PO Box 9<br>Leavenworth KS 66048-0009 | Time Warner Cable--KC<br>PO Box 1104<br>Carol Stream IL  60132-1104 |
| Time Warner Cable--KC<br>PO Box 9037<br>Addison TX 75001-9037 | Transworld Systems Inc<br>Collection Agency<br>5800 Foxridge Dr., Ste 220<br>Mission KS 66202-2338 | Transworol Systems Inc<br>Collection Agency<br>5799 Broadmoor St  #312<br>Mission KS 66202-2408 |
| U.S. Trustee<br>Office of the United States Trustee<br>301 North Main Suite 1150<br>Wichita, KS 67202-4811 | Vantage Sourcing<br>PO Box 6786<br>Duthan AL 36302-6786 | Venture FinancialServices Inc<br>PO Box 16568<br>Raytown MO 64133-0568 |
| Verizon Wireless<br>Attn  Recovery Dept<br>1515 E Woodfield Rd  Ste 1400<br>Schaumburg IL  60173-5443 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702-3397 | Walmart<br>% TRS Recovery<br>PO Box 60022<br>City Of Industry CA  91716-0022 |
| Wesley Property Mgmt<br>% Access Capital Credit<br>PO Box 266<br>El Cajon CA 92022-0266 | Wesley Property Mgmt<br>823 Miami St<br>Leavenworth KS 66048-1815 | Westar Energy<br>Attn: Bkcy Team<br>PO Box 208<br>Wichita KS  67201-0208 |
| Western United Insurance Co<br>PO Box 60699<br>Los Abgeles CA 90060-0699 | Westlake Financial<br>137 N Virgil Ave #100<br>Los Angeles CA 90004-4811 | x-Nextel<br>KSOPHT0101-Z4300<br>6391 Sprint Pkwy<br>Overland Park KS  66251-4300 |
| Jacqueline Williams<br>784 Limit St<br>Leavenworth, KS 66048-4358 | Jan Hamilton<br>507-9 SW Jackson<br>PO Box 3527<br>Topeka, KS 66601-3527 | Larry E. Schneider<br>112 W 6th St Ste 501<br>Topeka, KS 66603-3819 |
| Terry Lee Williams<br>784 Limit St<br>Leavenworth, KS 66048-4358 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Peritus Portfolio Services, LLC
P.O Box 93991
Southlake, TX 76092 UNITED STATES

Jefferson Capital Systems LLC
16 McLeland Rd
St Cloud MN 56303

(d)Jefferson Capital Systems LLC
PAYMENT ADDRESS
PO Box 953185
St Louis MO 63195-3185

Kansas Dept Of Labor
Benefit Payment Control Unit
401 SW Topeka Blvd
Topeka KS 66603

(d)PORTFOLIO AMERICA ASSET MANAGEMENT LLC
c o Jefferson Capital Systems LLC
PO BOX 7999
SAINT CLOUD MN 56302-9617

(d)Peritus Portfolio Services
POBox 141419
Irving, TX 75014-1419

(d)Peritus Portfolio Services
POBox 93991
Southlake, TX 76092

Sprint Nextel Correspondence
Attn: Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

T-Mobile
PO Box 742596
Cincinnati OH 45274-2596


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

CheckSmart KS 280
7001 Post Road Ste 300
Doblin OH 43016


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

(d)TARGET NATIONAL BANK
c o Weinstein And Riley PS
2001 Western Avenue Ste 400
Seattle WA 98121-3132

End of Label Matrix
Mailable recipients    117
Bypassed recipients      2
Total                  119